IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RALPH NATALE                        :    CIVIL ACTION
                                    :
        v.                          :
                                    :
UNITED STATES OF AMERICA,           :
et al.                              :    NO. 13-2339

ORDER

AND NOW, this 28th day of March, 2014, upon consideration of the Motion to Dismiss the Amended Complaint by the United States of America (Doc. No. 15), and the opposition and replies thereto, and the Motion to Dismiss the Amended Complaint by Individual Defendants Ricardo Martinez and Kelley DeWald (Doc. No. 16), and the opposition and replies thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motions are GRANTED and the amended complaint is DISMISSED with PREJUDICE. The Clerk of Court may close this case.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.