TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: _The Eastern District of Pennsylvania_
(District/state)            (Location)

U.S. TAX COURT [ ]
(Full Caption of District Court Case)

Circuit Court
Docket Number: _Civil Action No 13-2339_

District Court or
Tax Court
Docket Number: _____

vs.

District Court or
Tax Court
Judge: _____

Notice is hereby given that _Ralph S. Natale_
(NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [ ] JUDGMENT        [X] ORDER _ECF No. 5_

[ ] OTHER (specify): _____

entered in this action on _____
(Date)

DATED: _____

_____        _____
Counsel for Appellant -signed        Counsel for Appellee

_____        _____
Name of Counsel, Typed or printed        Address

_____
Address

_____        _____
Telephone Number or US Govt FTS.        Telephone Number or US Govt FTS.

Note: Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

_over_

USCA APPEAL FORM (10/1/04)

our appeal Atty. J. Conor Corcoran
No. 89111
123 S. Broad St
Phila Pa. 19109
215-735-1135

we unable to pay for This appeal